Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
David Mehretu (SBN: 269398)
Robert S. Moutrie (SBN: 295250)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants CITY OF MODESTO
and JON EVERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS, DEREK PERRY, CORY BROWN, GREG JONES, TIMOTHY REDD, KENNETH BARRINGER, FRANK NAVARRO, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:18-cv-00496-AWI-EPG <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br><br><br><br><br><br><br><br><br><br><br> Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANTS AN EXTENSION
OF TIME TO RESPOND TO COMPLAINT

Plaintiffs Georgia DeFilippo and Christina DeFilippo ("Plaintiffs"), and Defendants City of Modesto and Jon Evers ("Modesto Defendants") hereby agree and stipulate as follows:

1. This action was filed on April 10, 2018.

2. The Modesto Defendants were served with a copy of the complaint on May 11, 2018.

3. The Modesto Defendants response to the complaint is currently due on June 1, 2018 (the "Response Deadline").

4. The Modesto Defendants requested a continuance of the Response Deadline from Plaintiffs, representing that their counsel for this case were busy with other matters that would prevent them from responding to the complaint by June 1, 2018.

5. Plaintiffs responded that, in addition to being amenable to the requested extension sought by the Modesto Defendants, Plaintiffs believe that this action should be stayed while a related criminal case involving some of the same facts as the present action is pending, which case will implicate and hinder discovery in the present action (the "Related Pending Criminal Case").

6. The Modesto Defendants are amenable to a stay of this action due to the Related Pending Criminal Case should Plaintiffs seek such a stay in this action.

7. Although a stay of this case may subsequently be sought by Plaintiffs and the other parties in this case, due to the upcoming Response Deadline, Plaintiffs and the Modesto Defendants agree that the Modesto Defendants shall have until **August 31, 2018** to file a responsive pleading to Plaintiffs' complaint.

IT IS SO STIPULATED.

DATED: May 30, 2018        MEYERS, NAVE, RIBACK, SILVER & WILSON

                           By:  /s/ David Mehretu
                                David Mehretu
                                Attorneys for Defendants City of Modesto and Jon Evers

DATED: May 30, 2018        GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

                           By:  /s/ J. Gary Gwilliam
                                J. Gary Gwilliam
                                Attorney for Plaintiffs Georgie DeFilippo and Christina DeFilippo

The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

Pursuant to the parties' stipulation, the time for the Modesto Defendants to respond to the complaint is extended to August 31, 2018.

IT IS SO ORDERED.

Dated:  **May 30, 2018**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE