**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLYOD MACKINNON, CORY BROWN, GREG JONES and KENNETH BARRINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS, DEREK PERRY, CORY BROWN, GREG JONES, TIMOTHY REDD, KENNETH BARRINGER, FRANK NAVARRO, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:18-CV-00496-AWI-EPG<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: 04/10/2018<br><br>(ECF No. 10) |

Plaintiffs GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO ("Plaintiffs"), and Defendants COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLYOD MACKINNON, CORY BROWN, GREG JONES and KENNETH BARRINGER

1

("Stanislaus Defendants") hereby agree and stipulate as follows:

1. This action was filed on April 10, 2018.

2. Plaintiffs filed a proof of service (ECF No. 9), which states the Stanislaus Defendants were served on various dates.

3. The Stanislaus Defendants desire to avoid duplicate filings as a result of having a response to the complaint due on various dates, and consolidate the response for all Stanislaus Defendants to a single date.

4. In addition, this matter may be stayed due to a related criminal case involving some of the same facts and witnesses as the present action is pending, which case will implicate and hinder discovery in the present action. However, since not all parties have appeared, additional time is necessary.

5. Accordingly, Plaintiffs and the Stanislaus Defendants agree that the Stanislaus Defendants shall have until **August 31, 2018** to file a responsive pleading to Plaintiffs' complaint.

IT IS SO STIPULATED.

Dated: June 1, 2018  PORTER SCOTT
A PROFESSIONAL CORPORATION


By /s/ John R. Whitefleet
    John R. Whitefleet
    Attorney for Stanislaus Defendants

Dated: June 1, 2018  GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER


By /s/ Robert J. Schwartz (*authorized on 6/1/18*)
    Robert J. Schwartz
    J. Gary Gwilliam
    Attorney for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation (ECF No. 10), and good cause shown, the stipulation is granted. The time for the Stanislaus Defendants to respond to the complaint is extended to August 31, 2018.

IT IS SO ORDERED.

Dated: **June 1, 2018**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE