# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS, DEREK PERRY, CORY BROWN, GREG JONES, TIMOTHY REDD, KENNETH BARRINGER, FRANK NAVARRO, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:18-cv-00496-AWI-EPG <br><br> **ORDER TO STAY CIVIL ACTION FOR 90 DAYS PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** <br><br> (ECF No. 20) |

Pursuant to the Parties' stipulation (ECF No. 20), and finding good cause,

1. The present action is stayed for ninety (90) days.

2. The hearing on defendants City of Turlock, Timothy Redd, and Frank Navarro's Motion to Dismiss, presently set for July 23, 2018, at 1:30 p.m. before District Judge Anthony W. Ishii is VACATED and reset to **October 1, 2018, at 1:30 p.m.**

1

3. The deadline for Defendants City of Modesto and Jon Evers to file a responsive pleading to Plaintiffs' complaint, currently set for August 31, 2018, is extended to sixty (60) days after the stay is lifted.

4. The initial mandatory scheduling conference set for September 24, 2018, at 9:30 a.m. in Courtroom 10 before Magistrate Erica P. Grosjean is VACATED and reset for **December 10, 2018, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **July 12, 2018**          /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE