J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Robert J. Schwartz, Esq. (State Bar No. 254778)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
       rschwartz@giccb.com

Attorneys for Plaintiffs
GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS, DEREK PERRY, CORY BROWN, GREG JONES, TIMOTHY REDD, KENNETH BARRINGER, FRANK NAVARRO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:18-CV-00496-AWI-EPG<br><br>**STIPULATION AND ORDER TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**<br><br>(ECF No. 22) |

Plaintiffs GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO (collectively, "Plaintiffs") and defendants COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS, CORY BROWN, GREG JONES, TIMOTHY REDD, KENNETH BARRINGER, and FRANK NAVARRO (collectively, the "Parties"), through their respective counsel, hereby agree

and stipulate as follows:

1. Plaintiffs filed the complaint in this action on April 10, 2018.

2. A related criminal case involving some of the same facts and witnesses as the present action is pending in Stanislaus County Superior Court, which will implicate and hinder discovery in the present action.

3. On July 11, 2018, the Parties filed a Stipulation and Proposed Order Staying the Civil Action for ninety (90) days to allow resolution of the criminal matter.

4. The ninety (90) day Stay, which was signed by the Court on July 13, 2018, is set to expire, with the hearing on defendants City of Turlock, Timothy Redd, and Frank Navarro's ("Turlock Defendants'") Motion to Dismiss set for October 1, 2018, and the Initial Scheduling Conference set for December 10, 2018.

5. However, the criminal case is still pending in the Stanislaus County Superior Court.

6. Accordingly, the Parties agree that the present action should stayed for an additional ninety (90) days to allow resolution of the criminal case.

7. The hearing on the Turlock Defendants' Motion to Dismiss, presently set for October 1, 2018, at 1:30 p.m. before District Judge Anthony W. Ishii shall be vacated and reset to January 28, 2019, at 1:30 p.m.

8. The deadline for Defendants City of Modesto and Jon Evers ("Modesto Defendants") to file a responsive pleading to Plaintiffs' complaint shall be set to sixty (60) days after the stay is lifted.

9. The deadline for Defendants County of Stanislaus, Birgit Fladager, Marlissa Ferreira, Kirk Bunch, Steve Jacobson, Dale Lingerfelt, Froilan Mariscal, Llyod Mackinnon, Cory Brown, Greg Jones and Kenneth Barringer ("Stanislaus Defendants") to file a responsive pleading to Plaintiffs' complaint shall be set to sixty (60) days after the stay is lifted.

10. The initial mandatory scheduling conference set for December 10, 2018, at 10:00 a.m. in Courtroom 10 before Magistrate Erica P. Grosjean shall be vacated and reset as soon as practicable after the parties notify the court that the criminal proceedings have been resolved.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATE: September 7, 2018 | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER |

/s/ Robert J. Schwartz
J. Gary Gwilliam
Randall E. Strauss
Robert J. Schwartz
Attorneys for Plaintiffs
GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO

DATE: September 7, 2018         MEYERS NAVE RIBACK SILVER & WILSON

/s/ David Mehretu (as authorized on 09/11/2018)
Blake P. Loebs
David Mehretu
Robert S. Moutrie
Attorneys for Defendants
CITY OF MODESTO AND JON EVERS

DATE: September 7, 2018         ARATA, SWINGLE, VAN EGMOND & GOODWIN

/s/ Amanda J. Heitlinger (as authorized on 09/11/2018)
Bradley J. Swingle
Amanda J. Heitlinger
Attorneys for Defendants
CITY OF TURLOCK, TIMOTHY REDD AND FRANK NAVARRO

DATE: September 7, 2018         PORTER SCOTT, APC

/s/ John R. Whitefleet (as authorized on 09/11/2018)
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, CORY BROWN, GREG JONES AND KENNETH BARRINGER

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 22), and a finding of good cause, IT IS ORDERED:

1. The present action shall be stayed for an additional ninety (90) days.

2. The hearing on defendants City of Turlock, Timothy Redd, and Frank Navarro's Motion to Dismiss, presently set for October 1, 2018, at 1:30 p.m. before District Judge Anthony W. Ishii shall be vacated and reset to January 28, 2019, at 1:30 p.m. or as soon thereafter as counsel may be heard.

3. The deadline for Defendants City of Modesto and Jon Evers to file a responsive pleading to Plaintiffs' complaint shall be set to sixty (60) days after the stay is lifted.

4. The deadline for Defendants County of Stanislaus, Birgit Fladager, Marlissa Ferreira, Kirk Bunch, Steve Jacobson, Dale Lingerfelt, Froilan Mariscal, Llyod Mackinnon, Cory Brown, Greg Jones, and Kenneth Barringer ("Stanislaus Defendants") to file a responsive pleading to Plaintiffs' complaint shall be set to sixty (60) days after the stay is lifted.

5. The initial mandatory scheduling conference set for December 10, 2018, at 10:00 a.m. in Courtroom 10 before Magistrate Erica P. Grosjean shall be vacated and reset as soon as practicable after the parties notify the court that the criminal proceedings have been resolved.

**IT IS SO ORDERED.**

Dated: **September 12, 2018**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE