UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO, et al., | Case No. 1:18-CV-00496-AWI-EPG |
| Plaintiffs, | **ORDER RE: STIPULATION TO EXTEND STAY OF CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** |
| vs. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | (ECF No. 24) |

Pursuant to the parties' stipulation (ECF No. 24), and a finding of good cause, IT IS ORDERD:

1.  The present action is stayed for an additional ninety (90) days.

2.  The hearing on defendants City of Turlock, Timothy Redd, and Frank Navarro's Motion to Dismiss, presently set for January 28, 2019, at 1:30 p.m., before District Judge Anthony W. Ishii is vacated and reset to **April 29, 2019, at 1:30 p.m.**

3.  The deadline for Defendants to file a responsive pleading to Plaintiffs' complaint is set for sixty (60) days after the stay is lifted.

4.  The initial mandatory scheduling conference in Courtroom 10 before Magistrate Erica P. Grosjean will be set as soon as practicable after the parties notify the court that the criminal proceedings have been resolved.

IT IS SO ORDERED.

Dated:   **January 2, 2019**        /s/ *Erica P. Grosj*
                                    UNITED STATES MAGISTRATE JUDGE

1