# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:18-CV-00496-AWI-EPG<br><br>**ORDER RE: STIPULATION TO EXTEND STAY OF CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**<br><br>(ECF No. 27) |

Pursuant to the parties' stipulation (ECF No. 27), and finding good cause, IT IS ORDERD:

1. The present action is stayed for an additional ninety (90) days.

2. The hearing on defendants City of Turlock, Timothy Redd, and Frank Navarro's Motion to Dismiss, presently set for April 29, 2019, before District Judge Anthony W. Ishii, is vacated and reset to **August 26, 2019, at 1:30 p.m.**

3. Defendants shall file their responsive pleading to Plaintiffs' complaint no later than sixty (60) days after the stay is lifted.

4. The initial mandatory scheduling conference in Courtroom 10 before Magistrate Erica P. Grosjean will be set as soon as practicable after the parties notify the court that the criminal proceedings have been resolved.

IT IS SO ORDERED.

Dated: **March 26, 2019**     /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE