UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-CV-00496-AWI-EPG<br><br>**ORDER RE: STIPULATION TO EXTEND STAY OF CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**<br><br>(ECF No. 37) |

Pursuant to the stipulation of the parties (ECF No. 37), and finding good cause exists, IT IS ORDERD:

1. This action is stayed for an additional ninety (90) days.

2. The hearing on defendants City of Turlock, Timothy Redd, and Frank Navarro's Motion to Dismiss, presently set for March 2, 2020, at 1:30 p.m. before District Judge Anthony W. Ishii is vacated and reset to **June 1, 2020, at 1:30 p.m.**

3. The deadline for Defendants City of Modesto, Jon Evers, County of Stanislaus, Birgit Fladager, Marlissa Ferreira, Kirk Bunch, Steve Jacobson, Dale Lingerfelt, Froilan Mariscal, Lloyd Mackinnon, Cory Brown, Greg Jones and Kenneth Barringer to file a responsive pleading to Plaintiffs' complaint, will be reset to sixty (60) days after the stay is lifted.

4. The initial mandatory scheduling conference in Courtroom 10 before Magistrate Erica P. Grosjean shall be set as soon as practicable after the parties notify the court that the criminal proceedings have been resolved.

IT IS SO ORDERED.

　Dated: **December 23, 2019**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE