1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGIA DEFILIPPO and CHRISTINA          Case No. 1:18-CV-00496-AWI-EPG
     DEFILIPPO,
12                                            **ORDER TO LIFT STAY OF CIVIL**
                    Plaintiffs,               **ACTION**
13
            v.
14                                            **(ECF NO. 39)**
     COUNTY OF STANISLAUS, et al.,
15
                    Defendants.
16

17

18

19          Pursuant to the stipulation of the Parties (ECF No. 39), IT IS ORDERED:

20          1. The stay on this action is lifted.

21          2. The hearing on defendants City of Turlock, Timothy Redd, and Frank Navarro's

22   Motion to Dismiss will be heard as previously set on **June 1, 2020, at 1:30 p.m.**, before District

23   Judge Anthony W. Ishii.

24          3. The deadline for Defendants City of Modesto, Jon Evers, County of Stanislaus, Birgit

25   Fladager, Marlissa Ferreira, Kirk Bunch, Steve Jacobson, Dale Lingerfelt, Froilan Mariscal,

26   Lloyd Mackinnon, Cory Brown, Greg Jones and Kenneth Barringer to file a response to

27   Plaintiffs' complaint is sixty (60) days after this Order is entered.

28          4. The initial mandatory scheduling conference is set for **July 9, 2020, at 10:00 a.m.** in

                                              1

Courtroom 10 (EPG) before Magistrate Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **March 26, 2020**                    /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE