# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; BIRGIT FLADAGER; MARLISSA FERREIRA; KIRK BUNCH; STEVE JACOBSON; DALE LINGERFELT; FROLIAN MARISCAL; LLOYD MACKINNON; JON EVERS; DEREK PERRY; CORY BROWN; GREG JONES; TIMOTHY REDD; KENNETH BARRINGER; FRANK NAVARRO; DAVID HARRIS,**<br><br>Defendants. | **CASE NO. 1:18-CV-00496-AWI-EPG**<br><br>**ORDER DENYING STIPULATION**<br><br>(Doc. No. 43) |

Plaintiff Georgia DeFilippo and Plaintiff Christina DeFilippo ("Plaintiffs") and some — but not all — of the named defendants stipulated to allow Plaintiffs to file a first amended complaint. See Doc. No. 43. It is not clear to the Court that two of the named defendants, Defendant Derek Perry and Defendant David Harris, agreed to the stipulation. This may have been an oversight by counsel for Perry and Harris. Nonetheless, because not all "opposing parties" agreed to the stipulation, the stipulation is denied. See Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). If the parties wish to renew their stipulation with the Court, then the renewed stipulation should be agreed to by all opposing parties.

IT IS SO ORDERED.

Dated:  May 21, 2020                              _____

                                SENIOR DISTRICT JUDGE