**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; BIRGIT FLADAGER; MARLISSA FERREIRA; KIRK BUNCH; STEVE JACOBSON; DALE LINGERFELT; FROLIAN MARISCAL; LLOYD MACKINNON; JON EVERS; DEREK PERRY; CORY BROWN; GREG JONES; TIMOTHY REDD; KENNETH BARRINGER; FRANK NAVARRO; DAVID HARRIS,**<br><br>**Defendants.** | CASE NO. 1:18-CV-00496-AWI-EPG<br><br>**ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. No. 45) |

Pursuant to the parties' stipulation, Doc. No. 45, IT IS HEREBY ORDERED as follows:

1. Plaintiffs are GRANTED leave to file their first amended complaint, effective as of the date that Plaintiffs' filed the first amended complaint, May 18, 2020. See Doc. No. 41 (Plaintiffs' first amended complaint).

2. Defendants' deadline to respond to the first amended complaint is July 17, 2020.

3. The pending motion to dismiss Plaintiffs' original complaint, Doc. No. 12, is DENIED as moot, and the hearing for that motion is VACATED.

4. The scheduling conference, which is currently scheduled for July 9, 2020, is VACATED, and the rescheduling of that conference is REFERRED to the Magistrate Judge.

IT IS SO ORDERED.

Dated:  May 21, 2020                               _____
                                                    SENIOR DISTRICT JUDGE