Jose M. Sanchez (SBN: 238467)
jsanchez@meyersnave.com
CITY OF MODESTO
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert G. Davis (SBN: 304758)
rdavis@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO and JON EVERS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS, DEREK PERRY, CORY BROWN, GREG JONES, TIMOTHY REDD, KENNETH BARRINGER, FRANK NAVARRO, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00496-TLN-BAM<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANTS CITY OF MODESTO AND JON EVERS TO FILE RESPONSIVE PLEADING; ORDER**<br><br>Trial Date:      None Set |

**STIPULATION**

Georgia DeFilippo, Christina DeFilippo, Jon Evers, and the City of Modesto (the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

The City of Modesto and Jon Evers ("Modesto Defendants") have informed Plaintiffs' counsel that the Modesto Defendants are retaining new counsel imminently and the Parties have agreed to extend the deadline for the Modesto Defendants to file a responsive pleading by one month to August 17, 2020 in order to give new counsel for the Modesto Defendants an opportunity to file a responsive pleading.

IT IS HEREBY STIPULATED and agreed by and among the Parties hereto, through their undersigned attorneys of record, as follows:

1. The Parties agree to the extend the date for Defendants City of Modesto and Jon Evers to file their responsive pleading to Plaintiffs Georgia DeFilippo and Christina DeFilippo's First Amended Complaint to **August 17, 2020**.

IT IS SO STIPULATED.

DATED:  July 15, 2020          Respectfully submitted,

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: _____/s/ Jayme L. Walker_____
JAYME L. WALKER
Attorneys for Plaintiffs
GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO

DATED:  July 15, 2020          MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/ Rober G. Davis_____
ROBERT G. DAVIS
Attorneys for Defendants
CITY OF MODESTO and JON EVERS

Case No. 1:18-cv-00496-TLN-BAM
STIPULATION TO EXTEND DATE FOR DEFENDANTS CITY OF MODESTO AND JON EVERS TO FILE RESPONSIVE PLEADING; ORDER

**ORDER**

1. The deadline for Defendants City of Modesto and Jon Evers to file their responsive pleading to Plaintiffs Georgia DeFilippo and Christina DeFilippo's First Amended Complaint is **August 17, 2020**.

**IT IS SO ORDERED**.

DATED: July 15, 2020

_____
Troy L. Nunley
United States District Judge