1  **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2  John R. Whitefleet, SBN 213301
3  350 University Ave., Suite 200
Sacramento, California 95825
4  TEL: 916.929.1481
FAX: 916.927.3706

5  Attorneys for Defendant COUNTY OF STANISLAUS

6
7  UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
8

9  BALJIT ATHWAL, et al.,                    CASE NO. 1:15-cv-00311-TLN-BAM

10          Plaintiffs,                      **STIPULATION AND ORDER TO
                                             CONSOLIDATE FOR PURPOSES OF
11  v.                                       DISCOVERY**

12
13  COUNTY OF STANISLAUS, et al.,

14          Defendants.
   _____/
15
16  GEORGIA DEFILIPPO, et al.,
                                             CASE NO. 1:18-cv-00496-TLN-BAM
17          Plaintiffs,

18  v.

19
    COUNTY OF STANISLAUS, et al.,
20
21          Defendants.
   _____/
22
    EDUARDO QUINTANAR, JR.
23                                           CASE NO. 1:18-cv-01403-TLN-BAM
            Plaintiff,
24
25  v.

26  COUNTY OF STANISLAUS, et al.,

27          Defendants.
28 _____/

| | |
|---|---|
| FRANK CARSON,<br><br>             Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:20-cv-00747-TLN-BAM |
| WALTER W. WELLS, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:20-cv-00770-TLN-BAM |

The parties submit the following Stipulation to Consolidate the above matters for purposes of discovery:

The above cases all arise out of the investigation into the murder of Korey Kauffman, and prosecution of criminal charges against each of the Plaintiffs.

On February 26, 2015, Plaintiffs Baljit Athwal, Navneet Athwal and Daljit Atwal filed the First-Filed Action against the County of Stanislaus, City of Turlock, City of Modesto, City of Ceres, the Stanislaus County Office of the District Attorney, Kirk Bunch, Jon Evers, Timothy Redd, Dale Lingerfelt, Steve Jacobson, Birgit Fladager, Galen Carroll, and Paul Edward Jones, asserting constitutional violations during Defendants' investigation of the murder of Korey Kauffman, including their arrest pursuant to warrant. The matter was stayed pending the resolution of the criminal proceedings. Following an acquittal on June 28, 2019, the stay was lifted and on September 26, 2019, plaintiffs sought leave to amend to add malicious prosecution claims, and that motion was granted in Document 85, on July 28, 2020.

On April 10, 2018, Plaintiffs Georgia DeFilippo and Christina DeFilippo filed an action against the County of Stanislaus, City of Turlock, City of Modesto, City of Ceres, Birgit Fladager, Marlissa

1  Ferreira, Kirk Bunch, Steve Jacobson, Dale Lingerfelt, Froilan Mariscal, Llloyd MacKinnon, Jon Evers,
2  Derek Perry, Cory Brown, Greg Jones, Timothy Redd, Kenneth Barringer and Frank Navarro, asserting
3  constitutional violations as arising from investigation of the murder of Korey Kauffman, including their
4  arrest pursuant to warrant, and malicious prosecution following the dismissal of the charges against
5  them.  This case was stayed pending resolution of the criminal charges against others, which was lifted
6  following acquittals in June 2019.  On May 21, 2020, Plaintiffs were granted leave to amend, and a First
7  Amended Complaint was filed.  Defendants have moved to dismiss which is pending.

  On October 11, 2018, Plaintiff Eduardo Quintanar Jr, filed an action against County of Stanislaus, City of Modesto, Birgit Fladager, Marlissa Ferreira, Kirk Bunch, Steve Jacobson, Cory Brown, and Jon Evers asserting constitutional violations as arising from investigation of the murder of Korey Kauffman, including his arrest pursuant to warrant, and malicious prosecution following the dismissal of the charges against him.  This case was stayed pending resolution of the criminal charges against others, which was lifted following acquittals in June 2019.   Defendants moved to dismiss the Complaint and in response, Plaintiffs filed a First Amended Complaint on May 18, 2020.  Defendants have filed a motion to dismiss which is currently pending.

  On May 28, 2020, Plaintiff Frank Carson filed an action against County of Stanislaus, City of Modesto, City of Ceres, Birgit Fladager, Marlissa Ferreira, David Harris, Kirk Bunch, Steve Jacobson, Jon Evers, Derek Perry and Cory Brown, asserting constitutional violations as arising from investigation of the murder of Korey Kauffman, including his arrest pursuant to warrant, and malicious prosecution following the acquittal of the charges against him.  Defendants have moved to dismiss which is pending.

  On May 29, 2020, Plaintiffs Walter Wells and Scott McFarlane filed an action against County of Stanislaus, City of Modesto, City of Ceres, the Stanislaus Office of District Attorney, Birgit Fladager, Kirk Bunch, Steve Jacobson, Jon Evers, Dale Lingerfelt, Derek Perry and Cory Brown, asserting constitutional violations as arising from investigation of the murder of Korey Kauffman, including his arrest pursuant to warrant, and malicious prosecution following the dismissal of the charges against them. Defendants have moved to dismiss which is pending.

///

///

On June 17, 2020, the court related the above-captioned cases.

Plaintiffs and Defendants recognize and stipulate that these cases involve a common question of law or fact per Federal Rule of Civil Procedure Rule 42. The cases concern the same parties, the same events, the same or similar claims, and the same or similar questions of law. Consolidating these related cases for purposes of discovery will conserve judicial resources and promote an efficient determination of the actions, streamline and economize pretrial proceeding and avoid unnecessary costs.

Dated:  November 13, 2020                MORRISON & FOERSTER LLP


By   /s/ Robert Sandoval (authorized on 11-13-2020)
       Robert Sandoval
       Attorneys for Plaintiffs
       BALJIT ATHWAL, NAVNEET ATHWAL,
       DALJIT ATWAL, and KARAN INC., dba
       POP-N-CORK

       Attorneys for Plaintiffs
       WALTER WELLS and
       SCOTT McFARLANE


Dated:  November 13, 2020                GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER


By   /s/ Jayme L. Walker (authorized on 11-13-2020)
       Jayme L. Walker
       Attorneys for Plaintiffs
       GEORGIA DEFILIPPO and
       CHRISTINA DEFILIPPO

       Attorneys for Plaintiff
       FRANK CARSON

       Attorneys for Plaintiff
       EDUARDO QUINTANAR, JR.

| | |
|---|---|
| Dated:  November 13, 2020 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| | |
| | By  /s/ Patrick Moriarty (authorized on 11-13-2020) |
| | Patrick Moriarty |
| | Attorneys for Defendants |
| | CITY OF MODESTO, CHIEF GALEN CARROLL and DETECTIVE JON EVERS |
| | |
| Dated:  November 13, 2020 | ARATA SWINGLE VAN EDMOND & HEITLINGER |
| | |
| | By  /s/ Bradley S. Swingle (authorized on 11-13-2020) |
| | Bradley S. Swingle |
| | Attorneys for Defendants |
| | CITY OF CERES, CITY OF TURLOCK, TIMOTHY REDD and DEREK PERRY |
| | |
| Dated:  November 13, 2020 | NUSSBAUM APC |
| | |
| | By  /s/ T. J. Stephens authorized on 11-13-2020) |
| | T.J. Stephens |
| | Attorneys for Defendant |
| | PAUL EDWARD JONES |
| | |
| Dated:  November 13, 2020 | PORTER SCOTT |
| | A PROFESSIONAL CORPORATION |
| | |
| | By  /s/ John R. Whitefleet |
| | John R. Whitefleet |
| | Attorneys for Defendants |
| | COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, CORY BROWN, MARLISSA FERREIRA, DAVID HARRIS |

PURSUANT TO STIPULATION, these matters are consolidated for purposes of discovery.

Dated: November 13, 2020

	Troy L. Nunley
	United States District Judge