J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Robert J. Schwartz, Esq. (State Bar No. 254778)
Jayme L. Walker, Esq. (State bar No. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
       rschwartz@giccb.com

Attorneys for Plaintiffs
GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS, DEREK PERRY, CORY BROWN, GREG JONES, TIMOTHY REDD, KENNETH BARRINGER, FRANK NAVARRO, DAVID HARRIS, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 1:18-cv-00496-TLN-BAM<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

///

///

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL        1        CASE NO. 1:18-cv-00496-TLN-BAM

Pursuant to FRCP 41(a)(1), Plaintiffs GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO ("Plaintiffs") and Defendants CITY OF CERES and DEREK PERRY ("Defendants") through their respective counsel, hereby agree and stipulate to the following;

1. The Defendant City of Ceres shall be dismissed with prejudice;
2. The Defendant Derek Perry shall be dismissed with prejudice.

Each party is to bear its own attorney's fees and costs.

DATE: December 17, 2020         GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ Jayme L. Walker
J. Gary Gwilliam
Randall E. Strauss
Robert J. Schwartz
Jayme L. Walker
Attorneys for Plaintiffs
GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO

DATE: December 17, 2020         ARATA SWINGLE VAN EGMOND & HEITLINGER

/s/ Bradley Swingle (authorized 12/17/20)
Bradley James Swingle
Attorneys for Defendants
CITY OF TURLOCK, CITY OF CERES, FRANK NAVARRO, TIMOTHY REDD, DEREK PERRY

# ORDER

Pursuant to the stipulation of the parties:

1. The Defendant City of Ceres is dismissed with prejudice;
2. The Defendant Derek Perry is dismissed with prejudice.

IT IS SO ORDERED.

Dated: December 17, 2020

Troy L. Nunley
United States District Judge