Bradley J. Swingle, SBN 171535
Amanda J. Heitlinger SBN 271469
File No. 10290
**ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone:  (209) 522-2211
Facsimile:  (209) 522-2980
bswingle@arata-law.com
aheitlinger@arata-law.com

Attorneys for Defendants
CITY OF TURLOCK AND TIMOTHY REDD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>                    Plaintiffs,<br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF TURLOCK, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, DALE LINGERFELT, FROILAN MARISCAL, LLOYD MACKINNON, JON EVERS; DEREK PERRY, CORY BROWN, TIMOTHY REDD, and DOES 1-10, inclusive,<br><br>                    Defendants.<br>_____/ | Case No.: 1:18-CV-00496-TLN-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Honorable Troy Nunley**<br>**United States District Judge** |

Pursuant to FRCP 41(a)(1), Plaintiffs GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO ("Plaintiffs") and Defendants CITY OF TURLOCK and TIMOTHY REDD ("Defendants") through their respective counsel, hereby agree and stipulate to the following;

    1.    Defendant City of Turlock shall be dismissed with prejudice;

    2.    Defendant Timothy Redd shall be dismissed with prejudice; and

    3.    Each party is to bear his/her/its own attorney's fees and costs.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1

| | | |
|---|---|---|
| 1 | Date: August 17, 2021 | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER |
| 2 | | |
| 3 | | By   /s/ Angelina M. Austin       (authorized 08/17/21) |
| | | J. Gary Gwilliam |
| | | Jayme L. Walker |
| 4 | | Angelina Austin |
| | | Randall E. Strauss |
| 5 | | Robert J. Schwartz |
| | | Attorneys for Plaintiffs |
| 6 | | GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO |
| 7 | | |
| 8 | Date: August 17, 2021. | ARATA SWINGLE VAN EGMOND & HEITLINGER |
| 9 | | |
| 10 | | By   /s/ Bradley J. Swingle |
| | | Bradley Swingle |
| | | Attorneys for Defendants |
| 11 | | CITY OF TURLOCK AND TIMOTHY REDD |

**ORDER**

Pursuant to the stipulation of the parties:

1. Defendant City of Turlock is dismissed with prejudice;

2. Defendant Timothy Redd is dismissed with prejudice; and

3. Each party is to bear his/her/its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: August 17, 2021

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2