DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF MODESTO AND JON EVERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CARSON,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DEREK PERRY, and DOES 1-25, inclusive,<br><br>       Defendants. | Case No. 1:20-cv-00747-TLN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT**<br><br>Hon. Troy L. Nunley<br><br>Trial:    None Set |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>       Plaintiffs,<br>   v.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>       Defendants | Case No. 1:18-cv-00496-TLN-BAM |

1

STIPULATION & ORDER
1:20-CV-00747-TLN

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

| | |
|---|---|
| EDUARDO QUINTANAR, JR., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, ET AL. <br><br> Defendants. | Case No. 1:18-cv-01403-TLN-BAM |
| BALJIT ATHWAL and DALJIT ATWAL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANILSAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; <br><br> Defendants. | Case No. 1:15-cv-00311-TLN-BAM |
| WALTER W. WELLS and SCOTT MCFARLANE <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, ET AL. <br><br> Defendants. | Case No. 1:20-cv-00770-TLN-BAM |

Defendants COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY;

BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; GALEN CARROL; FROLIAN MARISCAL; LLOYD MCKINNON; GREG JONES; KENNETH BARRINGER; GALEN CARROLL; FRANK NAVARRO; and TIMOTHY REDD ("Defendants") and Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; BALJIT ATHWAL; DALJIT ATHWAL; WALTER WELLS; SCOTT MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS on September 29, 2021, the Honorable Judge Nunley dismissed plaintiffs' complaints with leave to file an amended complaint within 30 days;

2. WHEREAS All parties agreed and the court ordered that the deadline for filing the amended complaints would be continued to November 18, 2021;

3. WHEREAS plaintiffs filed their amended complaints prior to the November 18, 2021

3. WHEREAS Defendants' responsive pleading was scheduled to be filed no later than 30 days after service of the plaintiffs' Amended Complaints, which was December 17, 2021.

4. All Defendants plan to file FRCP 12(b)(6) motions to dismiss.

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Defendants' FRCP 12(b)(6) motions to dismiss | January 10, 2022 |
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | March 11, 2022 |
| Defendants' Replies (if any) | April 11, 2022 |
| Proposed hearing date | April 21, 2022 at 2 p.m. |

///
///
///
///

3

STIPULATION & ORDER
1:20-CV-00747-TLN

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  December 3, 2021 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| 4 |  | By:  */s/Patrick D. Moriarty* |
| 5 |  | DALE L. ALLEN, JR.<br>PATRICK D. MORIARTY |
| 6 |  | JOHN B. ROBINSON<br>Attorneys for Defendants |
| 7 |  | CITY OF MODESTO AND JON EVERS |
| 9 | Dated:  Click here to enter a date. | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER |
| 11 |  | By:  **/s/Angelina M. Austin* |
| 12 |  | J. Gary Gwilliam<br>Randall E. Strauss |
| 13 |  | Jayme L. Walker<br>Angelina M. Austin |
| 14 |  | Attorneys for Plaintiffs<br>ESTATE OF FRANK CARSON, GEORGIA |
| 15 |  | DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR. |
| 17 | Dated:  December 3, 2021 | MORRISON & FOERSTER LLP |
| 19 |  | By:  **/s/Arturo Gonzalez* |
|  |  | Arturo Gonzalez |
| 20 |  | Attorney for Plaintiffs<br>BALJIT ATHWAL, DALJIT ATWAL, |
| 21 |  | WALTER WELLS AND SCOTT MCFARLANE |
| 23 | Dated:  December 3, 2021 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 25 |  | By:  **/s/John Whitefleet* |
|  |  | John R. Whitefleet |
| 26 |  | Attorneys for Defendants |
| 27 |  | COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE |
| 28 |  | DISTRICT ATTORNEY, BIRGIT |

FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER

Dated:  December 3, 2021     ARATA SWINGLE VAN EGMOND & HEITLINGER

By: *_/s/Bradley J. Swingle_
Bradley J. Swingle
Attorneys for Defendants
CITY OF TURLOCK, CITY OF CERES, FRANK NAVARRO, AND TIMOTHY REDD

*Parties have consented to use of their electronic signature.*

**ORDER**

Pursuant to the stipulation of the parties:

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Defendants' FRCP 12(b)(6) motions to dismiss | January 10, 2022 |
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | March 11, 2022 |
| Defendants' Replies (if any) | April 11, 2022 |
| Hearing Date | **April 21, 2022 at 2 p.m.** |

IT IS SO ORDERED.

Dated: December 8, 2021

Troy L. Nunley
United States District Judge