J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
Angelina M. Austin, Esq. (State Bar No. 336250)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com, aaustin@giccb.com

*Attorneys for Plaintiffs*
ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; & EDUARDO QUINTANAR, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive, <br><br>Defendants. | Case No. 1:20-CV-00747-TLN-BAM <br><br>**JOINT STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT OF THE ESTATE OF FRANK CARSON AND THE THIRD AMENDED COMPLAINTS OF GEORGIA DEFILIPPO, CHRISTINA DEFLIPPO, AND EDUARDO QUINTANAR** |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; | Case No. 1:18-cv-00496-TLN-BAM |

|  |  |
|---|---|
| KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>            Defendants. |  |
| EDUARDO QUINTANAR, JR.,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. 1:18-cv-01403-TLN-BAM |

Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; ("Plaintiffs"); and defendants COUNTY OF STANISLAUS; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; and CORY BROWN; ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

1.   WHEREAS Plaintiffs have been served with three separate Motions to Dismiss;

2.   WHEREAS Jayme L. Walker, lead counsel for Plaintiffs CARSON; the DEFILIPPOES; and QUINTANAR is presently in trial in the Northern District (beginning on November 7, 2022 and expected to last at least through November 21, 2022);

3.   WHEREAS, Jayme L. Walker, lead counsel for Plaintiffs ESTATE OF CARSON; the DEFILIPPOES; and QUINTANAR has recently been diagnosed with COVID-19, potentially extending the dates of the above referenced trial;

4.   WHEREAS Angelina M. Austin, co-counsel for Plaintiffs CARSON; the DEFILIPPOES; and QUINTANAR, will be out of the country on a scheduled vacation from

1 | November 21, 2022 through December 2, 2022;

2 |     5.    All parties agree that the deadline for opposing Defendants' motions to dismiss be
3 | continued to December 30, 2022;

4 |     6.    Defendants' Reply Briefs shall be filed no later than January 26, 2023.

5 |     7.    That the Hearing for the Motions to Dismiss presently set for January 12, 2023 be
6 | continued to February 9, 2023 at 2:00p.m.

8 | ///

10 | ///

12 | ///

14 | ///

16 | ///

18 | ///

20 | ///

22 | ///

24 | ///

26 | ///

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' FRCP 12(b)(6) Motions to Dismiss | December 30, 2022 |
| Defendants' Replies (if any) | January 26, 2023 |
| Hearing Date | February 9, 2023 at 2:00p.m. |

IT IS SO STIPULATED.

DATE: November 14, 2022    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ *Angelina M. Austin*
J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Angelina M. Austin
Attorneys for Plaintiffs
ESTATE OF FRANK CARSON, GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

DATE: November 14, 2022    PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ *John Whitefleet**
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN

* Parties have consented to use of their electronic signature.

STIP. AND ORDER TO CONT. OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS

4

CASE NO. 1:20-CV-00747-TLN-BAM
CASE NO. 1:18-CV-00496-TLN-BAM
CASE NO. 1:18-CV-01403-TLN-BAM

# ORDER

Pursuant to the stipulation of the parties:

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' FRCP 12(b)(6) Motions to Dismiss | December 30, 2022 |
| Defendants' Replies (if any) | January 26, 2023 |
| Hearing Date | February 9, 2023 at 2:00p.m. |

**IT IS SO ORDERED.**

Dated: November 14, 2022

_____
Troy L. Nunley
United States District Judge

Stip. and Order to Cont. Opposition and Reply Dates in Connection with Defendants' Motions to Dismiss

5

Case No. 1:20-CV-00747-TLN-BAM
Case No. 1:18-CV-00496-TLN-BAM
Case No. 1:18-CV-01403-TLN-BAM