J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
Jayme L. Walker, Esq. (State Bar No. 273159)
Angelina M. Austin, Esq. (State Bar No. 336250)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rstrauss@giccb.com; jwalker@giccb.com, aaustin@giccb.com

*Attorneys for Plaintiffs*
ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; & EDUARDO QUINTANAR, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, as an individual and as successor in interest to FRANK CARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:20-CV-00747-TLN-BAM<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT OF THE ESTATE OF FRANK CARSON AND THE THIRD AMENDED COMPLAINTS OF GEORGIA DEFILIPPO, CHRISTINA DEFLIPPO, AND EDUARDO QUINTANAR** |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; | Case No. 1:18-cv-00496-TLN-BAM |

| | |
|---|---|
| KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>        Defendants. | |
| EDUARDO QUINTANAR, JR.,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 1:18-cv-01403-TLN-BAM |

      Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; ("Plaintiffs"); and defendants COUNTY OF STANISLAUS; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; and CORY BROWN; ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

    1.    WHEREAS Plaintiffs have been served with three separate Motions to Dismiss;

    2.    WHEREAS Angelina M. Austin, co-counsel for Plaintiffs CARSON; the DEFILIPPOES; and QUINTANAR, has suffered an injury delaying her ability to properly oppose the motions at issue;

    3.    All parties agree that the deadline for opposing Defendants' motions to dismiss be continued to January 13, 2023;

    4.    Defendants' Reply Briefs shall be filed no later than March 3, 2023.

    5.    That the Hearing for the Motions to Dismiss presently set for February 9, 2023 be continued to March 9, 2023 at 2:00 p.m.

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER<br>ATTORNEYS AT LAW<br>A Professional Corporation<br>1999 Harrison St., Suite 1600, Oakland, CA 94612

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' FRCP 12(b)(6) Motions to Dismiss | January 13, 2023 |
| Defendants' Replies (if any) | March 3, 2023 |
| Hearing Date | March 9, 2023 at 2:00p.m. |

IT IS SO STIPULATED.

DATE: December 22, 2022                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ *Angelina M. Austin*
J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Angelina M. Austin
Attorneys for Plaintiffs
ESTATE OF FRANK CARSON, GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

DATE: December 22, 2022                    PORTER SCOTT
                                           A PROFESSIONAL CORPORATION

/s/ *John R. Whitefleet**
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN

\* *Parties have consented to use of their electronic signature.*

# ORDER

Pursuant to the stipulation of the parties:

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' FRCP 12(b)(6) Motions to Dismiss | January 13, 2023 |
| Defendants' Replies (if any) | March 3, 2023 |
| Hearing Date | March 9, 2023, at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: December 27, 2022

_____
Troy L. Nunley
United States District Judge