**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Jennifer L. Thompson, SBN 337107
jthompson@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, and CORY BROWN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO, | CASE NO. 1:18-cv-00496-DJC-KJN |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO and Defendants COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, and CORY BROWN ("Defendants"), by and through their undersigned counsel, that the time for Defendants herein to respond to the Third Amended Complaint shall be extended up to and including October 10, 2023.

This Extension does not exceed the twenty-eight (28) days allowed under the Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties.

**IT IS SO STIPULATED.**

///

///

| | | |
|---|---|---|
| 1 | Dated: September 29, 2023 | PORTER SCOTT |
| 2 | | A PROFESSIONAL CORPORATION |

Dated: September 29, 2023     PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/John R. Whitefleet
      John R. Whitefleet
      Jennifer L. Thompson
      Attorneys for Defendants COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISA FEREIRA, DAVID HARRIS, KIRK BUNC, STEVE JACOBON, CORY BROWN

Dated: September 29, 2023     GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By    /s/ Jayme L. Walker (auth'd on 9/27/23)
      Jayme L. Walker
      J. Gary Gwilliam
      Attorneys for Plaintiffs
      GEORGIA DEFILIPPO and CHRISTINA DEFILIPPO

**IT IS SO ORDERED.**

Dated: September 29, 2023     /s/ Daniel J. Calabretta
      THE HONORABLE DANIEL J. CALABRETTA
      UNITED STATES DISTRICT JUDGE